KELLS MILL AND LUMBER COMPANY, INCORPORATED, RESPONDENT, v. THE PENNSYLVANIA RAILROAD COMPANY, APPELLANT.

*Argued November 28, 1916—Decided March 5, 1917.*

On appeal from the Supreme Court, whose opinion is reported in 89 *N. J. L.* 490.

326    COURT OF ERRORS AND APPEALS.

Leib v. Penna. R. R. Co.    *90 N. J. L.*

For the respondent, *Maximilian T. Rosenberg.*

For the appellant, *Vredenburgh, Wall & Carey.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 11.

*For reversal*—None.